1020

No. 85–1242. HALTER v. SECRETARY OF THE TREASURY ET AL. C. A. 9th Cir. Certiorari denied. 

No. 85–1254. FERGUSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 85–5277. O'DRISCOLL v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 85–5354. NORTH v. WEST VIRGINIA BOARD OF REGENTS. Sup. Ct. App. W. Va. Certiorari denied. 

No. 85–5431. WALKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 85–5554. PREER v. JOHNSON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–5595. DUEMMEL v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 85–5599. BARKLEY v. FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON. C. A. 3d Cir. Certiorari denied.

No. 85–5661. GULOY v. WASHINGTON. Sup. Ct. Wash. Certiorari denied. 

No. 85–5676. BARKLEY v. FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 85–5688. JONES v. AMERICAN POSTAL WORKERS UNION ET AL. C. A. D. C. Cir. Certiorari denied. 

No. 85–5698. MARRERA v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 85–5708. DAVIS v. WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied. 

No. 85–5711. HUGHES v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.